# LETTER ORDER
## ORIGINAL FILED WITH THE CLERK OF THE COURT

**CANDACE HOM**
OFFICE OF THE FEDERAL PUBLIC DEFENDER
1002 BROAD STREET
NEWARK, NJ 07102

**AARON MENDELSOHN**
OFFICE OF THE U.S. ATTORNEY
DISTRICT OF NEW JERSEY
970 BROAD STREET
SUITE 700
NEWARK, NJ 07102

October 24, 2011

**Re:** **USA v. Carole Ann Dixon**
**Case No. 09-MJ-6210 (MAS)**

Dear Counsel:

Please be advised that I am recused from this case. Magistrate Judge Mark Falk is handling all Magistrate Judge responsibilities for this case.

SO ORDERED.

 s/ Michael A. Shipp
**MICHAEL A. SHIPP**
**United States Magistrate Judge**

Orig.: Clerk of the Court
cc: File